FILED
OCT 24 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8869

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Nayelly SALGADO-Martinez<br><br>　　　　　　　　Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about October 23, 2007, within the Southern District of California, defendant Nayelly SALGADO-Martinez did knowingly and intentionally import approximately 27.88 kilograms (61.336 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH, DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Nayelly SALGADO-Martinez

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent McDowell.

On October 23, 2007, at approximately 0812 hours, Nayelly SALGADO-Martinez entered the United States at the Calexico, California, East Port of Entry. SALGADO was the driver and registered owner of a 2000 Dodge Intrepid, bearing license plates CA/US 6AHU855. The vehicle approached lane 3 manned by CBPO R. Platero. CBPO Platero received a negative oral Customs declaration from SALGADO. CBPO Platero referred the vehicle to secondary inspection.

CBPO S. Apolinar received the vehicle in secondary inspection. During routine questioning, SALGADO gave a negative Customs declaration. CEO A. Gonzalez was conducting a lot sweep with his assigned Human and Narcotics Detector Dog (HNDD). The HNDD alerted to the dash area of the vehicle.

A subsequent inspection of the vehicle revealed 23 packages in the dash of the vehicle. One of the packages was probed by CBPO S. Apolinar and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 23 packages had a combined weight of approximately 27.88 kilograms (61.336 pounds).

SALGADO was advised of her Miranda Rights, which she acknowledged and waived. SALGADO admitted knowledge of marijuana in the vehicle. SALGADO stated that she was to be paid $1,700.00 dollars to deliver the marijuana to the Los Angeles area.

SALGADO was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.