**FILED**

NOV - 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of            )
Substitution of Counsel,    )
                            )   **ORDER**
                            )   **FOR SUBSTITUTION OF COUNSEL**
HEATHER R. ROGERS, Esq.     )   **AND NOTICE OF APPEARANCE**
                            )
_____)

**IT IS HEREBY ORDERED** that Heather R. Rogers, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego, California, 92101, Phone (619) 985-2539, Fax (619) 374-2991, Email *attorneyrogers@gmail.com* be substituted as appointed counsel and that Federal Defenders be relieved in the following cases as listed in the attached, effective after October 31, 2007.

**SO ORDERED.**

DATE: 11/5/07

_____
HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO HEATHER R. ROGERS, ESQ., CALIFORNIA BAR NO. 229519 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER OCTOBER 31, 2007**

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO., NEXT COURT DATE, JUDGE |
|---|---|
| U.S. v. Jose Reyes Alamanza-Reynozo | 07cr2950-LAB  CHANGE PLEA  11/20/07  AJB |
| U.S. v. Juan Manuel Ayala-Guzman | 07mj8882  PE  11/13/07  PCL |
| U.S. v. Juan Antonio Barreras-Campos | 07cr2673-MJL  MTNS  12/10/07  MJL |
| U.S. v. Evaristo Beltran | 07mj8871-01  PE  11/8/07  PCL |
| U.S. v. Jacobo Clemente Benavides-Gonzalez | 07mj8862  PE  11/1/07  PCL |
| U.S. v. Julio Cesar Castro-Velasquez | 07MJ8842  PE  11/8/07  PCL |
| U.S. v. Christopher Boyd Cutcliff | 07cr2570-BTM  SENT  12/21/07  BTM |
| U.S. v. Jorge de Dios-Gaytan | 07mj2508  PE  11/13/07  POR |
| U.S. v. Mario Diaz-Nava | 07cr1729-JTM  SENT  11/2/07  JTM |
| U.S. v. Jose Miguel Flores-Gurrola | 07cr2805-MJL  PO/SENT  1/22/07  MJL |
| U.S. v. Maria Del Carmen Guerrero-Angulo | 07cr2486-WQH  SENT  12/10/07  WQH |
| U.S. v. Jose Antonio Gamboa Celis | 07cr2550-LAB  SENT  1/07/08  LAB |
| U.S. v. Francisco Gudaluope Cota Rico | 07cr2730-DMS  MTNS  11/1/07  DMS |
| U.S. v. Ruben Garcia-Cruz | 07cr2205-WQH  SENT  12/3/07  WQH |
| U.S. v. Donna Hammock | 07cr2371-IEG  MOTNS  11/26/07  IEG |
| U.S. v. Gabriel Hernandez-Sanchez | 07mj2516  PE  11/13/07  BLM |
| U.S. v. Andres Landa-Garcia | 07mj2443  PE  11/1/07  LAP |
| U.S. v. Amada Larez-Zasueta | 07cr2816-IEG  MTNS  11/13/07  IEG |
| U.S. v. Juan Isaac Lozano-Lopez | 07mj2404  PE  11/15/07  LSP |
| U.S. v. Ruben Martinez-Solano | 07cr2907-JTM  DISPO  11/08/07  GT |
| U.S. v. Edna Karina Martinez-Mendoza | 07crcr2238-MLH  MTNS  11/26/07  MLH |
| U.S. v. Trinidad Mora-Garcia | 07cr2812-WQH  MTNS  11/19/07  WQH |
| U.S. v. Trinidad Mora-Garcia | 01cr2074-IEG  STATUS  11/2/07  LSP |
| U.S. v. Jose Antonio Morales-Ramirez | 07CR2948-AJB  CHANGE PLEA  11/20/07  AJB |

1

| Case | Number | Type | Date | Judge |
|---|---|---|---|---|
| U.S. v. Javier Nevarez-Ortiz | 07mj8878 | PE | 11/13/07 | PCL |
| U.S. v. Linh Phuc Nguyen (Bui et. al.) | 07cr2658-DM-03 | MTNS | 11/30/07 | DMS |
| U.S. v. Eduardo Nieves-Cruz | 07cr2858-JLS | PO/SENT | 1/23/08 | JLS |
| U.S. v. Geovany Alvaro Parraguirre | 07cr1902-WQH | SENT | 1/7/07 | WQH |
| U.S. v. Bernabe Ramirez-Reyes | 07cr2074-BEN | SENT | 11/13/07 | BEN |
| U.S. v. Edgar Luis Ramos-Macias | 07cr0792-WQH | SENT | 11/19/07 | WQH |
| U.S. v. Lawrence Joseph Rodriguez | 07mj2085 | STATUS | 11/1/07 | CAB |
| U.S. v. Jorge Octavio Rodriguez-Esquivel | 07cr1969-MLH | CHANGE PLEA | 11/1/07 | JMA |
| U.S. v. Antonio Sanchez Jr., | 07cr2331-MLH | SENT | 11/19/07 | MLH |
| U.S. v. Nayelly Salgado-Martinez | 07mj8869 | PE | 11/7/07 | PCL |
| U.S. v. Cesar Sanchez-Martinez | 07cr2934-JLS | CHANGE PLEA | 11/20/07 | AJB |
| U. S. v. Cesar Talamantes Cisneros | 07cr1444-BTM | SENT | 11/30/07 | BTM |
| U.S. v. Anailde Trotman | 07cr2753-JAH | DISPO | 11/08/07 | CAB |
| U.S. v. Mauro Eustorgio Valdez-Centeno | 07cr2242-BTM | SENT | 11/30/07 | BTM |
| U.S. v. Leonel Vallejo-Guillen | 07mj2401 | PE | 11/15/07 | LSP |
| U.S. v. Walter Ademir Velasquez-Barrera | 07cr2848-JTM | PO/SENT | 1/25/08 | JTM |
| U.S. v. Marvin Vicario-Ocampo | 07cr1786-TJW | SENT | 11/26/07 | TJW |
| U.S. v. Marvin Yan-Yan | 07cr1159-BTM | SENT | 11/2/07 | BTM |
| U.S. v. Anthony Zepeda | 07cr2177-BEN | SENT | 1/7/07 | BEN |

### *UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT*
### *SOUTHERN DISTRICT CASES ON APPEAL*

| CASE NAME | CASE NOS. | STATUS |
|---|---|---|
| U.S. v. Ramon Alberto Arana-Esquivel | 07-50130, 06cr1359-BTM | *Reply due 11/21/07* |
| U.S. v. Rafael Balderas | 07-50375, 06CR0522-JAH | *Opening due 11/21/07* |

***End of District Court Cases on Appeal***