FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3150-W |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| NAYELLY SALGADO-MARTINEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 23, 2007, within the Southern District of California, defendant NAYELLY SALGADO-MARTINEZ, did knowingly and intentionally import approximately 27.88 kilograms (approximately 61.34 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 20, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John Weis*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
11/20/07