AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Nayelly Salgado-Martinez

CASE NUMBER: 07CR 3150-W

I, _Nayelly Salgado Martinez_, the above named defendant, who is accused of

21 USC 952, 960
Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/20/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
NOV 2 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

X _Nayelly Salgado_
   *Defendant*

_Diane Regc_
*Counsel for Defendant*

Before _____
       *Judicial Officer*