PROB 12B
(04/05)

March 20, 2008

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -3 PM 12: 14
CLERK, U.S. DISTRICT COURT

BY: _____ DEPUTY

Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Nayelly SALGADO-Martinez (English)       **Dkt No.:** 07-CR-3150-001-W

**Reg. No.:** 01671-298

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, U.S. District Judge

**Date of Sentence:** February 25, 2008

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class D felony.

**Sentence:** Time Served (126 days); 2 years supervised release. (*Special Conditions: not possess any firearms; submit to search; report all vehicles; not enter or reside in the Republic of Mexico; and reside in a Residential Recovery Center (RRC) for a term of two months.*) $100 special assessment.

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** February 25, 2008

**Asst. U.S. Atty.:** Fred A. Sheppard       **Defense Counsel:** Heather Rogers (Appointed)
                                                                (619) 233-3169

**Prior Violation History:** None.

---

### PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Complete 200 hours of community service in a program approved by the probation officer by February 20, 2010. *(nv23)*

PROB 12B

| | |
|---|---|
| Name of Offender: Nayelly SALGADO-Martinez | March 20, 2008 |
| Docket No.: 07-CR-3150-001-W | Page 2 |

## CAUSE

On February 25, 2008, Ms. Salgado-Martinez concluded the custodial portion of her sentence and on February 28, 2008, she reported to the U.S. Probation Office in El Centro, California for further supervision instructions. She is currently residing with her mother and brother in El Centro. During the initial meeting with Ms. Salgado-Martinez, she was notified of the requirement that she reside for a period of two months at a Residential Reentry Center (RRC). She acknowledged and replied she would comply. However, while awaiting placement at the RRC, Ms. Salgado-Martinez reported her mother suffers from a debilitating disease. She indicated in 2007, her mother was diagnosed with Fibromyalgia, a disease in which the individual experiences widespread pain in the muscles and soft tissues. People who suffer from Fibromyalgia have no control of their nervous system. Ms. Salgado-Martinez, indicated that her mother's condition is worsening, stating that her mother has been unable to get around without assistance. Ms. Salgado-Martinez expressed concerns in leaving her mother alone with her adolescent brother who is at school most of the day and not having any family in the area to assist with care. She requested permission to have her RRC placement redacted and be allowed to perform community service work in leu of her placement at an RRC in order to be able to assist her mother. According to copies of her mother's disability insurance paperwork completed by her doctor, Ms. Salgado-Martinez' mother undergoes two to three hour of interval treatment for Fibromyalgia since her diagnoses in 2007.

Considering the aforementioned, it is respectfully recommended that the conditions of Ms. Salgado-Martinez' supervised release be modified to allow her to perform 200 hours of community service in leu of the two month RRC placement. Ms. Salgado-Martinez is aware that her condition could be rescinded should she fail to comply with the conditions of her supervised release. Ms. Salgado-Martinez has signed a Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, in acceptance of the modification, which has been attached for the Court's review

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: March 20, 2008**

| Respectfully submitted: | Reviewed and approved: |
|---|---|
| by _[signature]_ | _[signature]_ |
| for Amanda Behl | Pascual Linarez |
| United States Probation Officer | Supervising U.S. Probation Officer |
| (760) 335-3441 | |

PROB 12B

| | |
|---|---|
| Name of Offender: Nayelly SALGADO-Martinez | March 20, 2008 |
| Docket No.: 07-CR-3150-001-W | Page 3 |

**THE COURT ORDERS:**

__X__  The Modification of Conditions as Noted Above.

_____  Other _____

_____

_____

_____[signature]_____          __3/27/08__
The Honorable Thomas J. Whelan                  Date
U.S. District Judge

alb/alb